UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00276-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALBERTO LOPEZ-SALAZAR,
   a/k/a Miguel Angel Rojas-Rosales,
   a/k/a Joe Lopez,
2. **JOSE LUIS VILLA-SOLORZANO,**
   **a/k/a Jorge Lopez,**

    Defendants.

---

## ORDER RESETTING CHANGE OF PLEA HEARING

---

**IT IS ORDERED** that the change of plea hearing set for Defendant Jose Luis Villa-Solorzano on **October 10, 2006 is VACATED** and reset to **October 30, 2006 at 10:45 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 20th day of September, 2006

    **BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge