UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00276-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ALBERTO LOPEZ-SALAZAR,
   a/k/a Miguel Angel Rojas-Rosales,
   a/k/a Joe Lopez,
2. **JOSE LUIS VILLA-SOLORZANO,**
   **a/k/a Jorge Lopez,**

        Defendants.

## ORDER

Due to the scheduling of a multi defendant criminal trial,

**IT IS ORDERED** that the sentencing in this matter for Defendant Jose Luis Villa-Solorzano set to commence on February 26, 2007 is VACATED and reset to **April 9, 2007 at 2:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.  Any objections to resetting must be filed within 10 days, any response to the objection must be filed within 3 days.

Dated this 5th day of February, 2007

                                              **BY THE COURT:**

                                              *Marcia S. Krieger* (signature)

                                              Marcia S. Krieger
                                              United States District Judge